**FILED**

03/17/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0676

IN THE SUPREME COURT OF THE STATE OF MONTANA
Supreme Court Cause No. DA 22-0676

| | |
|---|---|
| HEIDI A. GABERT,<br><br>Plaintiff and Appellee,<br>v.<br><br>GARRY DOUGLAS SEAMAN,<br><br>Defendant and Appellant. | **ORDER GRANTING<br>EXTENSION OF TIME** |

HAVING REVIEWED Appellee Heidi A. Gabert's motion for extension of time and good cause appearing,

IT IS HEREBY ORDERED that Appellee is granted an extension of time to May 1, 2023, to file her Response Brief.

ELECTRONICALLY SIGNED AND DATED BELOW.

Order Granting Extension of Time

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
March 17 2023